UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FEDERAL DEPOSIT INSURANCE** | * | **DOCKET NO:** |
| **CORPORATION as RECEIVER for** | * | |
| **FIRST NBC BANK** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **BROOKWOOD VILLAGE, LLC and** | * | |
| **TYRONE LEGETTE** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**VERIFIED COMPLAINT FOR COLLECTION ON NOTE AND PLEDGE
WITH REQUEST FOR SEQUESTRATION[1]**

TO THE HONORABLE JUDGES OF THE EASTERN DISTRICT OF LOUISIANA:

The complaint of Federal Deposit Insurance Corporation, in its capacity as Receiver (FDIC-R) for First NBC Bank ("Plaintiff'), respectfully avers as follows:

**Parties**

1.

Plaintiff herein is Federal Deposit Insurance Corporation in its capacity as Receiver (FDIC-R) for First NBC Bank. [2]

---

[1] *See* Exhibit L, Declaration of Alex Greenberg, the FDIC-R's Post Closing Asset Manager for the First NBC Bank Receivership, ¶ 17, verifying the allegations in this Complaint.

[2] On April 28, 2017, the Louisiana Office of Financial Institutions, through John Ducrest, Commissioner, in the matter styled *In re First NBC Bank, New Orleans, LA, a Louisiana Bank*, No. 17-4057, Civil District Court for the Parish of Orleans, filed a Motion to Close and Liquidate First NBC Bank and to Confirm Appointment of Receiver. Pursuant to LSA-R.S. 6:387(A), Commissioner Ducrest, as Court appointed Conserver of First NBC Bank, entered into an agreement with the FDIC-R to terminate deposit insurance of First NBC Bank and to appoint

2.

Defendant Brookwood Village, LLC is a Louisiana limited liability company wholly owned by Defendant Tyrone Legette, a person of the full age of majority and a resident of Louisiana ("Defendants").

## Jurisdiction and Venue

3.

Because the Federal Deposit Insurance Corporation is a party, pursuant to 12 U.S.C. § 1819(b)(2)(a), for jurisdictional purposes this matter is "deemed to arise under the laws of the United States." This Court is therefore vested with jurisdiction pursuant to 28 USC § 1331. This action involves a claim for enforcement of a pledge of a note and the proceeds from that note. The claims at issue herein arose in this district and a substantial part of the property that is the subject of this action is situated in this district. Venue is proper pursuant to 28 USC § 1391.

## Facts.

4.

People's Community Subsidiary, Inc. (People's Community) entered into Business Loan Agreements, dated September 27, 2013 and November 20, 2014, respectively, with First NBC Bank. These Agreements are attached hereto as Exhibits A and B. As evidence of the loans made pursuant to the Business Loan Agreements, People's Community made a promissory note in the amount of Two Million & 00/100 Dollars (U.S. $2,002,000.00) (the "PCS Note") dated November 20, 2014, in favor of First NBC Bank. The PCS Note is attached hereto as Exhibit C.  As security for the loan and the PCS Note, People's Community Subsidiary, Inc. granted a Multiple

---

FDIC-R to liquidate First NBC Bank. Pursuant to both La. Rev. Stat. § 6:383 and 12 U.S.C. § 1821, FDIC-R has succeeded to all rights, titles, powers and privileges of First NBC Bank.

Indebtedness Mortgage, dated September 27, 2013, to First NBC Bank and recorded on September 30, 2013, as Instrument No. 11348601, MOB 4591, folio 647, Official Records of Jefferson Parish, Louisiana on certain immovable property People's Community owned in Jefferson Parish (the "PCS Property"). The Multiple Indebtedness Mortgage is attached hereto as Exhibit D.

5.

Tyrone Legette, individually, and Legette Construction, Inc., guaranteed the People's Community debt in Commercial Guaranties executed September 27, 2013 and November 20, 2014, respectfully. The Commercial Guaranties are attached hereto as Exhibit E and F.

6.

People's Community defaulted on the loan, and Mr. Legette began making interest payments on the loan in his capacity as guarantor.

7.

Subsequently, Mr. Legette and First NBC Bank entered into a Note Purchase and Assumption Agreement, dated July 15, 2016, wherein Mr. Legette purchased the PCS Note and associated loan documents from First NBC Bank for the sum of Two Million Two Thousand & 00/100 Dollars (U.S. $2,002,000.00). The Note Purchase and Assumption Agreement is attached hereto as Exhibit G. Mr. Legette financed the Note Purchase and Assumption Agreement, with First NBC Bank loaning Mr. Legette the sum of $2,002,000.00, pledging the mortgage backed PCS Note as security for the loan (the "Legette PCS Loan").

8.

Plaintiff is therefore the current holder and owner for value and before maturity of a certain promissory note dated July 15, 2016 in the sum of Two Million Two Thousand & 00/100 Dollars (U.S. $2,002,000.00) made and subscribed by Defendant Tyrone C. Legette and originally made

payable to First NBC Bank, bearing variable interest and payable as provided therein (the "Legette Note"), payable "On Demand," or no later than January 14, 2018. A copy of the Legette Note is attached as Exhibit H. The Legette Note evidences that certain loan made by First NBC to Defendant Tyrone C. Legette contemporaneously with the Legette Note and was executed pursuant to that certain Business Loan Agreement between Defendant and First NBC dated as of July 15, 2016 (the "Loan Agreement"). A copy of the Loan Agreement is attached as Exhibit I.

9.

The Legette Note provides that the maker and all others who may become liable for the payment of all or any part of the Note severally waive presentment and demand for payment, protest, notice of protest and notice of nonpayment.

10.

The Legette Note is secured by a Commercial Pledge Agreement, dated July 15, 2016, between Tyrone C. Legette and First NBC Bank. A copy of the Pledge Agreement is attached as Exhibit J. As security for the Legette PCS Loan, Mr. Legette pledged the PCS Note as collateral. Mr. Legette also granted First NBC Bank a UCC security interest in the PCS Note. The UCC Security filing is attached hereto as Exhibit K.

11.

First NBC Bank also lent other sums to Mr. Legette, who currently has an outstanding indebtedness of over $8 million to FDIC-R. *See* Declaration of Alex Greenberg, the FDIC-R's Post Closing Asset Manager for the First NBC Bank Receivership, attached hereto as Exhibit L. The Commercial Pledge Agreement cross-collateralized Mr. Legette's other loans with First NBC Bank, many of which are currently in default. *Id*.

12.

Shortly after purchasing the PCS Note and associated loan documents, Mr. Legette transferred the PCS note into a wholly owned limited liability company, Brookwood Village, LLC. Based on the UCC security interest and Mr. Legette's knowledge of the sums owed at the time of the transfer, First NBC's security interest in the PCS Note and pledge of the PCS Note was not affected by the transfer, and Brookwood Village is also liable unto FDIC-R for the sums loaned to Mr. Legette.

13.

Brookwood Village, LLC foreclosed on the mortgage securing the PCS Note and gained ownership of the Property.

14.

Subsequently, on July 10, 2017, Mr. Legette, through Brookwood Village, LLC, sold a portion of the Property for the sum of $2.381 million cash. *See* Act of Cash Sale, attached hereto as Exhibit M.  Brookwood Village, LLC also entered into two other sales relating to the property, including one Credit Sale in the amount of $220,000.00, wherein it received $30,000.00 in cash and a promissory note for $190,000.00. Those acts of sale are attached hereto as Exhibits N and O.

15.

Pursuant to the Commercial Pledge Agreement, the monies from the Sales constitute "Income and Proceeds from the Collateral" (the "Proceeds") and are therefore immediately due and payable to FDIC-R. *See* Exhibit J, page 2.

16.

Further, in the Commercial Pledge Agreement, Mr. Legette also granted a security interest in any deposit accounts wherein Proceeds of the sale may have been deposited, wherever located. *Id*.

17.

Also in the Commercial Pledge Agreement, in the section entitled "CROSS-COLLATERALIZATION," Mr. Legette agreed that "[i]n addition to the [Legette] Note, this [Commercial Pledge] Agreement secures all obligations, debts and liabilities, plus Interest thereon, of Grantor to Lender, or any one or more of them, as well as all claims by Lender against Grantor or any one or more of them, whether now existing or hereafter arising, whether related or unrelated to the purpose of the Note, whether voluntary or otherwise, whether due or not due, direct or indirect, determined or undetermined, absolute or contingent, liquidated or unliquidated, whether Grantor may be liable individually or jointly with others, whether obligated as guarantor, surety, accommodation party or otherwise, and whether recovery upon such amounts may be or hereafter may become barred by any statute of limitations, and whether the obligation to repay such amounts may be or hereafter may become otherwise unenforceable." *Id*. Thus, the following loans are cross-collateralized with the Legette PCS loan, with Mr. Legette as either the borrower or guarantor, and all but one are past due and the majority under-collateralized:

| *Borrower Name* | *Acct. Number* | *Approximate outstanding balance* |
|---|---|---|
| Tyronne C. Legette | 1000110412 | $2,282,638.84 |

| | | |
|---|---|---|
| Tyronne C. Legette / Torrance Small | 1000050440 | $549,467.05 |
| Tyronne C. Legette | 1000138649 | $13,855.49 |
| Tyronne C. Legette | 1000131433 | $17,083.43 |
| Tyronne C. Legette | 1000149946 | $407,480.74 |
| Tyronne C. Legette | 1000152003 | $17,914.76 |
| East Baton Rouge Say a-Lot | 1000151871 | $649,500.00 |
| Peoples Community Subsidiary | 1000131235 | $605,355.32 |
| Denise & Torrance Small | 1000050407 | $25,829.60 |
| Denise & Torrance Small | 1000131180 | $731,038.02 |

**Request for Writ of Sequestration**

18.

The FDIC-R made demand for tender of the Proceeds. See Demand Letter, attached hereto as Exhibit P. To date, Mr. Legette has not tendered the Proceeds to FDIC-R and continues to sell portions of the Property. Further, Mr. Legette has other outstanding loans that are in default and the Proceeds cross-collateralize those loans. The FDIC-R is concerned that because of Mr. Legette's defaults, the other businesses that he runs, and that the Proceeds are cash and in Mr. Legette's control, it is within the power of Mr. Legette to conceal, dispose of, or waste the Proceeds, or remove the cash from this Court's jurisdiction during the pendency of this action.

19.

Accordingly, pursuant to Article 3571 of the Louisiana Code of Civil Procedure, made applicable by Federal Rule of Civil Procedure 64, the FDIC-R is entitled to and requests the

issuance of a Writ of Sequestration, and asks that the Court direct the U.S. Marshalls to take possession of the Proceeds and to deposit the same with the Clerk of Court. Given the FDIC-R's collateral position in the Proceeds, and that the money will be secure during the pendency of this litigation, the FDIC-R requests minimal bond.

**Monies Due.**

20.

Mr. Legette has not cured the defaults alleged in the Default Notice, remains in default under the Legette Note and the Commercial Loan Agreement, and despite demand the defaults described herein are continuing. The FDIC-R, therefore, elected to exercise and does hereby exercise its option to declare the entire indebtedness under the Legette Note, including principal, interest, late charges, immediately due and payable, and to proceed against the Proceeds. Under the Legette Note, Defendants are liable to FDIC-R and is justly indebted to FDIC-R for all those amounts.

21.

Mr. Legette is in default of the Commercial Loan Agreement, the Commercial Pledge Agreement and the Legette Note. The sum of $2,019,947.01 is due and immediately payable based upon Mr. Legette's default.

22.

Specifically, the following amounts are owed by Defendant as of August 30, 2017:

| | |
|---|---|
| Accrued Principal Balance | $2,006,350.00 |
| Interest | $13,097.01 |
| Late Fees | $500.00 |
| Total Amount Due | $2,019,947.01 |

plus reasonable attorney's fees, and interest at the default rate.

23.

Pursuant to the Loan Agreement, Plaintiff reserves all of its rights against Defendants and all guarantors to collect and recover amounts owed to FDIC-R and to pursue personal liability against Defendant and all guarantors for payment of the entire amount due to FDIC-R.

WHEREFORE, Federal Deposit Insurance Corporation in its capacity as Receiver (FDIC-R) for First NBC Bank, prays for relief as follows:

1) That Defendants be duly served with a copy of this Complaint and summoned to appear and answer it, and after all due proceedings are had, there be judgment in favor of Plaintiff and against Defendants, as follows:

    | | |
    |---|---|
    | Accrued Principal Balance | $2,006,350.00 |
    | Interest | $13,097.01 |
    | Late Fees | $500.00 |
    | Total Amount Due | $2,019,947.01 |

    plus reasonable attorney's fees, and interest at the default rate during the pendency of these proceedings.

2) That upon Plaintiff's posting of any sequestration bond found to be required by the Court, a Writ of Sequestration issue herein to the U.S. Marshal of this District directing and commanding him to seize the Property and Proceeds described above and turn the same over to the Clerk of Court for this District.

3) That Plaintiff's rights to collect and recover and to pursue personal liability for the payment of the all debts owed by Defendants be reserved;

4) That Plaintiff recover all damages, pre and post judgment interest, costs, and legal fees to which Plaintiff is entitled; and

5) That Plaintiff be granted such other general, just, legal, and equitable relief as to which it is entitled under the Commercial Loan Agreement, the Commercial Pledge Agreement and the Note, and the other Loan Documents, at law and/or in equity.

RESPECTFULLY SUBMITTED,

/s/ James M. Garner
JAMES M. GARNER #19589 (trial counsel)
LEOPOLD Z. SHER #12014
JACOB A. AIREY #27933
BRANDON KEAY #36528
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C**.
909 Poydras Street - 28th Floor
New Orleans, Louisiana  70112
Telephone: 504-299-2100
Facsimile: 504-299-2300
Email:  jgarner@shergarner.com
           lsher@shergarner.com
           jairey@shergarner.com
           bkeay@shergarner.com
**COUNSEL FOR PLAINTIFF FEDERAL DEPOSIT INSURANCE CORPORATION IN ITS CAPACITY AS RECEIVER FOR FIRST NBC BANK**